

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*John W. Sippel, Jr.*
*Assistant United States Attorney*
*John.Sippel@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4807*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

April 28, 2023

**VIA ECF**

The Honorable Lydia K. Griggsby
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:   *United States v. Gary Holloway, et al.*
                  Criminal no. LKG-21-0117

Dear Judge Griggsby:

     I write to provide an updated status report. Counsel for the Government provided written plea agreements to counsel for all Defendants, and counsel for the parties are continuing their plea discussions. Several of the plea agreements provided by the Government have expired, but undersigned counsel will keep the plea agreements open for another 60 days to facilitate and continue plea discussions. If plea agreements have not been reached within that time period, then counsel for the parties will contact the Court to discuss scheduling. Accordingly, the parties respectfully request that they be permitted to either submit an updated status report in 60 days or contact the Court for a scheduling conference at the conclusion of the 60-day period. An updated Speedy Trial motion will be submitted upon approval of this report.

                                               Respectfully submitted,

                                               Erek L. Barron
                                               United States Attorney

                                               _____
                                               John W. Sippel, Jr.
                                               Assistant United States Attorney

cc: All counsel of record (via ECF)